No. 99–5068. MURPHY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5069. NILLO *v.* HALLAHAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5070. MAYES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5071. SPELLER *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 99–5072. ORTIZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5073. SMITH *v.* MANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 99–5074. PIERCE *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 99–5075. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5078. ZARATE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5079. THOMAS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 99–5080. WILLIAMS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 99–5081. MCMANUS *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–5082. HALL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5083. HILL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5084. HAZEEM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.